

Entered on Docket
March 15, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

_____

David Krieger, Esq.  
Nevada Bar No.:  9086  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Jesus T. Villamejor and Helene M. Villamejor

E-FILED: March 12, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. BKS-09-25075-BAM<br>Chapter 13 |
| **Jesus T. Villamejor and Helene M. Villamejor**, | Hearing Date:  March 23, 2010<br>Hearing Time:  2:30 PM |
| Debtor(s). | |

**ORDER SHORTENING TIME ON DEBTORS' MOTION TO APPROVE LOAN MODIFICATION**

Upon the Debtors' **MOTION FOR ORDER SHORTENING TIME ON DEBTORS' MOTION TO APPROVE LOAN MODIFICATION** in the above-entitled action, and good cause appearing therefore,

…

…

…

- 1 -

- 2 -

…

IT IS HEREBY ORDERED that the time for hearing on the Debtors' **MOTION FOR ORDER SHORTENING TIME ON DEBTORS' MOTION TO APPROVE LOAN MODIFICATION** filed herein by counsel for the Debtors be heard on the __23__ day of __March__, __2010__, at the hour of __2:30__ __p__.m. in Department __3__ of the above-entitled Court.

DATED this ____ day of _____, 20__.

Submitted by:

HAINES & KRIEGER, L.L.C.

By: /s/David Krieger, Esq.
     David Krieger, Esq.
     Attorney for Debtor(s)

###