

**Entered on Docket
March 26, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

David Krieger, Esq.  
Nevada Bar No.: 9086  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Jesus T. Villamejor and Helene M. Villamejor

E-FILED: March 24, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-09-25075-BAM<br>) Chapter 13<br>)<br>) |
| **Jesus T. Villamejor and Helene M. Villamejor**, | ) Hearing Date:   March 23, 2010<br>) Hearing Time:   2:30 P.M.<br>)<br>) |
| Debtor(s). | )<br>) |

### ORDER ON DEBTORS' MOTION TO PERMIT MODIFICATION OF HOME LOAN

THE ABOVE MATTER having been heard at the time and date above:

/./././

- 2 -

**IT IS ORDERED THAT** the Debtors motion to approve a modification with WELLS FARGO HOME MORTGAGE for a property owned by the Debtors located at 9301 THUNDER FALLS COURT, LAS VEGAS, NEVADA 89149 is hereby **APPROVED**.

DATED March 24, 2010

HAINES & KRIEGER, L.L.C.

By:     /s/David Krieger, Esq.
        David Krieger, Esq.
        Attorney for Debtor(s)

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_\_ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_x__ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###